DAN RAYFIELD
Attorney General
SHAUNEE MORGAN  #194256
CARTER BRACE #243828
Assistant Attorneys General
SCOTT KENNEDY D.C. Bar #1658085
Senior Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email:  Shaunee.Morgan@doj.oregon.gov
          Scott.Kennedy@doj.oregon.gov
          Carter.Brace@doj.oregon.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP,<br><br>        Plaintiff,<br><br>     v.<br><br>Dan Rayfield, in his official capacity as the ATTORNEY GENERAL OF THE STATE OF OREGON; KATHLEEN CHINN, in her official capacity as BOARD PRESIDENT OF THE OREGON BOARD OF PHARMACY; RICHARD JOYCE, in his official capacity as BOARD VICE PRESIDENT OF THE OREGON BOARD OF PHARMACY; and SHANNON BEAMAN, JENNIFER HALL, AMY KIRKBRIDE, VICTORIA KROEGER, PRIYAL PATEL, ANA PINEDO, and BRYAN SMITH, in their official capacities as BOARD MEMBERS OF THE OREGON BOARD OF PHARMACY,<br><br>        Defendants. | Case No.  3:25-cv-02042-MO<br><br>DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER |

Page 1 -   DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER
        S6M/sv3/1005931397

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

## LOCAL RULE 7-1 CERTIFICATION

Pursuant to LR 7-1, the undersigned counsel certify that they have conferred in good faith with counsel for Plaintiff about the content of this motion and Plaintiff does not oppose the motion.

## MOTION

Defendants respectfully move this Court, pursuant to Fed. R. Civ. P. 6(b), to extend the time to respond to Plaintiff's Complaint to December 26, 2025. A response to the Complaint is currently due on November 25, 2025.

Counsel for Defendants make this request because of obligations and pending deadlines in other cases and to allow additional time for the parties to confer about a proposed briefing schedule in this matter. This is Defendants' first motion to extend time, and the request is made in good faith and not for the purpose of undue delay.

DATED November 24, 2025.

Respectfully submitted,

DAN RAYFIELD
Attorney General

_s/ Shaunee Morgan_
SHAUNEE MORGAN #194256
CARTER BRACE #243828
Assistant Attorneys General
SCOTT KENNEDY D.C. Bar #1658085
Senior Assistant Attorney General
Trial Attorneys
Tel (971) 673-1880
Fax (971) 673-5000
Shaunee.Morgan@doj.oregon.gov
Scott.Kennedy@doj.oregon.gov
Carter.Brace@doj.oregon.gov
Of Attorneys for Defendants

Page 2 -    DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER
            S6M/sv3/1005931397

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000