Christopher J. Kayser (OSB #984244)
ckayser@lvklaw.com
David G. Samuels (OSB #206308)
dsamuels@lvklaw.com
LARKINS VACURA KAYSER LLP
121 SW Morrison Street, Suite 700
Portland, Oregon 97204
Telephone: 503-222-4424

*Attorneys for Proposed Intervenor*
*Oregon Primary Care Association*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP,<br><br>    Plaintiff,<br><br>    v.<br><br>DAN RAYFIELD, in his official capacity as ATTORNEY GENERAL OF THE STATE OF OREGON, KATHLEEN CHINN, in her official capacity as BOARD PRESIDENT OF THE OREGON BOARD OF PHARMACY; RICHARD JOYCE, in his official capacity as BOARD VICE PRESIDENT OF THE OREGON BOARD OF PHARMACY; and SHANNON BEAMAN, JENNIFER HALL, AMY KIRKBRIDE, VICTORIA KROEGER, PRIYAL PATEL, ANA PINEDO, and BRYAN SMITH, in their official capacities as BOARD MEMBERS OF THE OREGON BOARD OF PHARMACY,<br><br>    Defendants. | Case No. 3:25-cv-02042-MO<br><br>PROPOSED INTERVENOR OREGON PRIMARY CARE ASSOCIATION'S CORPORATE DISCLOSURE STATEMENT |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and District of Oregon Local Rule 7.1-1, proposed Intervenor Oregon Primary Care Association ("OPCA"), by and through its undersigned counsel, states that it is a not-for-profit corporation that does not have parent corporations and does not issue stock. Accordingly, no publicly held corporation owns 10% or more of proposed Intervenor's stock.

Dated: December 12, 2025

LARKINS VACURA KAYSER LLP

s/ David G. Samuels

Christopher J. Kayser (OSB #984244)
ckayser@lvklaw.com
David G. Samuels (OSB #206308)
dsamuels@lvklaw.com
LARKINS VACURA KAYSER LLP
121 SW Morrison Street, Suite 700
Portland, Oregon 97204
Telephone: 503-222-4424

*Attorneys for Proposed Intervenor
Oregon Primary Care Association*